Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
12/16/2025
CT Log Number 550892191

## Service of Process Transmittal Summary

**TO:** KIM LUNDY- EMAIL
Walmart Inc.
GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200
BENTONVILLE, AR 72712-3148

**RE:** **Process Served in Indiana**

**FOR:** Wal-Mart Stores East, LLC (Domestic State: AR)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: TAPIA MARIA JANETTE // To: Wal-Mart Stores East, LLC |
| **DOCUMENT(S) SERVED:** | Summons, Attachment(s), Complaint |
| **COURT/AGENCY:** | Lake County - Superior Court, IN<br>Case # 45D052510CT001172 |
| **NATURE OF ACTION:** | Personal Injury - 10/01/2023, 3134 E 79th Avenue, Merrillville, IN 46410 |
| **PROCESS SERVED ON:** | C T Corporation System, Indianapolis, IN |
| **DATE/METHOD OF SERVICE:** | By Traceable Mail on 12/16/2025 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED:** | Indiana |
| **APPEARANCE OR ANSWER DUE:** | Within 23 days from the date of receipt |
| **ATTORNEY(S)/SENDER(S):** | Alex Mendoza<br>Alex Mendoza Law, LLC<br>6950 Indianapolis Blvd.<br>Hammond, IN 46324<br>219-200-2000 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/17/2025, Expected Purge Date: 12/27/2025<br><br>Image SOP |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>334 North Senate Avenue<br>Indianapolis, IN 46204<br>8775647529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



Exhibit A

MENDOZA
5346 W 38th Street
Indianapolis, Indiana 46254

CERTIFIED MAIL®

9589 0710 5270 2946 3189 87

$8.00 0
US POSTAGE IMI
FIRST-CLASS
063S0011391936
FROM 46324
stamps.com

45D05-2510-CT-001172
Lake Superior Court, Civil Division 5

Filed: 10/1/2025 6:13 PM
Clerk
Lake County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF LAKE | ) | CAUSE NO.: |

MARIA JANETTE TAPIA, )
)
PLAINTIFF, )
)
VS. )
)
SAM'S REAL ESTATE BUSINESS TRUST, D/B/A SAM'S CLUB, SAM'S EAST, INC. D/B/A SAM'S CLUB, WALMART INC., WAL-MART STORES EAST, INC., WAL-MART STORES EAST, LLC., WAL-MART STORES EAST, LP., WAL-MART REAL ESTATE BUSINESS TRUST, AND WAL-MART PROPERTIES, INC., )
)
DEFENDANTS. )

# SUMMONS

**THE STATE OF INDIANA TO THE DEFENDANT:**

WAL-MART STORES EAST, LLC,
C/O CT CORPORATION SYSTEM, REGISTERED AGENT
334 NORTH SENATE AVE.,
INDIANAPOLIS, IN 46204.

You have been sued by the person(s) identified as "Plaintiff" in the Court stated above.

The nature of the suit against you is stated in the COMPLAINT which is attached to this SUMMONS. It also states the demand which the Plaintiff has made against you.

You must either personally or by your attorney file your written answer to the COMPLAINT with the Clerk within twenty (20) days commencing the day after this SUMMONS and the COMPLAINT were personally served upon you or your agent or left for you by the Sheriff or their process server.

In the event the SUMMONS and COMPLAINT were left for you and you then receive by first class mail (not certified) a copy of the SUMMONS alone, this mailing is merely a confirmation that the SUMMONS and COMPLAINT were previously left for you. You should not consider the date on which you receive the mailed SUMMONS as the commencement date for the time period allowed for your answer. Rather, the time period allowed for your written answer commences on the date when the SUMMONS and COMPLAINT were first personally served upon you or your agent or left for you by the Sheriff or other process server.

However, if you or your agent first received the SUMMONS and the COMPLAINT by certified mail, you have twenty-three (23) days from the date of receipt to file your written answer with the Clerk.

If you fail to answer the COMPLAINT of the Plaintiff within the times prescribed herein, judgment will be entered against you for what the Plaintiff has demanded.

If you have a claim against the Plaintiff arising from the same transaction or occurrence, you may be required to assert such claim in writing together with your written answer.

The following manner of service is hereby designated: **VIA CERTIFIED MAIL**

Date: 10/2/2025

MICHAEL A. BROWN
CLERK OF THE LAKE COUNTY CIRCUIT AND SUPERIOR COURTS

By:

LAKE COUNTY COURTS SEAL INDIANA

Attorney for Plaintiff:
Alex Mendoza, No. 30766-49
ALEX MENDOZA LAW, LLC
6950 Indianapolis Blvd.
Hammond, IN 46324
Tel. No.: 219-200-2000

Deputy Clerk

**PREPARATION DATA:**
All Summonses are to be prepared in triplicate with the original of each to be placed in the Court File with two copies available for service.
If service is by certified mail a properly addressed envelope shall be provided for each Defendant.
Certified mail labels and return receipts must also be furnished for each mailing and the cause number must appear on each return receipt, which shall be returnable to the Clerk at the address of the Court. (**Form: CS 1/97**)

**CLERK'S CERTIFICATE OF MAILING**

I hereby certify that on the ______ day of _________________, 20___, I mailed a copy of this SUMMONS and a copy of the COMPLAINT to the Defendant, by United States Certified Mail, requesting a return receipt, at the address furnished by the Plaintiff.

MICHAEL A. BROWN
CLERK OF THE LAKE CIRCUIT AND SUPERIOR COURTS

Dated:______________, 20____. By:

Deputy Clerk

**RETURN ON SERVICE OF SUMMONS BY MAIL**

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the COMPLAINT mailed to Defendant ___________________________ were accepted by the Defendant on the _____ day of , 20___.

I hereby certify that the attached return receipt was received by me showing that the SUMMONS and a copy of the COMPLAINT were returned not accepted on the _____ day of ___________, 20___.

MICHAEL A. BROWN
CLERK OF THE LAKE CIRCUIT AND SUPERIOR COURTS

Dated:______________, 20____. By:

Deputy Clerk

**RETURN OF SERVICE OF SUMMONS BY SHERIFF**

I hereby certify that I have served the within SUMMONS:

1. By delivering on ________________, 20___, a copy of this SUMMONS, a copy of the COMPLAINT and all other materials filed the same date to each of the within named person(s).

2. By leaving on ________________________________, 20_____, for each of the within named person(s) a copy of the SUMMONS, a copy of the COMPLAINT and all other materials filed the same date at the respective dwelling house or usual place of abode of ________________________________________________ in ______________, Indiana, with a person of suitable age and discretion residing within, whose usual duties or activities include prompt communication of such information to the person served, or by otherwise leaving such process thereat, and by mailing a copy of the SUMMONS without the COMPLAINT to the said named person(s) at the address listed herein.

3. This SUMMONS came to hand this date, ____________________________, 20____. The within named was not found in my bailiwick this date, ____________________, 20____.

ALL DONE IN LAKE COUNTY, INDIANA.

OSCAR MARTINEZ
SHERIFF OF LAKE COUNTY, INDIANA

By:

**SERVICE ACKNOWLEDGED**

A copy of the within SUMMONS, a copy of the COMPLAINT and all materials filed the same date attached thereto were received by me at __________________________________________ in _________________, Indiana, on this date, , 20___.

Signature of Defendant

45D05-2510-CT-001172
Lake Superior Court, Civil Division 5

Filed: 10/1/2025 6:13 PM
Clerk
Lake County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA ) | | IN THE LAKE SUPERIOR COURT |
| ) SS: | | |
| COUNTY OF LAKE ) | | CAUSE NO.: |

| | | |
|---|---|---|
| MARIA JANETTE TAPIA, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | **JURY DEMAND** |
| | ) | |
| SAM'S REAL ESTATE BUSINESS TRUST, D/B/A SAM'S CLUB, SAM'S EAST, INC. D/B/A SAM'S CLUB, WALMART INC., WAL-MART STORES EAST, INC., WAL-MART STORES EAST, LLC., WAL-MART STORES EAST, LP., WAL-MART REAL ESTATE BUSINESS TRUST, AND WAL-MART PROPERTIES, INC., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## <u>COMPLAINT FOR DAMAGES</u>

**COMES NOW** the Plaintiff, Maria Janette Tapia, by and through undersigned counsel, and for her Complaint for Damages against Sam's Real Estate Business Trust, d/b/a Sam's Club, Sam's East, Inc. d/b/a Sam's Club, Walmart Inc., Wal-Mart Stores East, Inc., Wal-Mart Stores East, LLC., Wal-Mart Stores East, LP., Wal-Mart Real Estate Business Trust, and Wal-Mart Properties, Inc., alleges and states the following:

## <u>JURISDICTION AND VENUE</u>

1. This court has jurisdiction over this matter pursuant to Indiana Trial Rule 75. All events occurred in Lake County, Indiana.

## <u>FACTS COMMON TO ALL COUNTS</u>

2. On October 1, 2023, Plaintiff was a business invitee at Defendants' shopping facility located at 3134 E 79th Avenue, Merrillville, IN 46410.

3. While inside Defendants' facility, Plaintiff was walking in an aisle.

4. While walking down the store aisle, Plaintiff slipped on a clear jelly substance on the floor.

**COUNT I – NEGLIGENCE – PREMISE LIABILITY**

5. The Plaintiff reincorporates all prior allegations as if the same were wholly set out herein.

6. At all times herein, Defendants jointly and in collaboration and cooperation with one another controlled, owned, operated, maintained, and/or inspected, the commercial property and store located at 3134 E 79th Avenue, Merrillville, IN 46410.

7. Defendants had a duty to observe reasonable care and maintain safe conditions for their invitees on the premises at the Defendants' facility.

8. Defendants knew or should have known that a condition existed that created an unreasonable danger to invitees, including Plaintiff.

9. Defendants should have expected that Plaintiff would not discover or realize the danger or would fail to protect against the danger.

10. Defendants breached their duty to observe reasonable care.

11. Defendants breached their duty to reasonably maintain the premises.

12. At all times herein, the acts or omissions alleged against Defendants were performed and/or omitted by and through its agents or employees, and each of the agents or employees, were acting in the course and scope of their employment with Defendants.

13. As a direct and proximate result of Defendants' negligence, Plaintiff has suffered physical, emotional, and pecuniary injuries and damages, and will incur future medical expenses.

**WHEREFORE,** Plaintiff, by counsel, prays for judgment against Defendants, against Sam's Real Estate Business Trust, d/b/a Sam's Club, Sam's East, Inc. d/b/a Sam's Club, Walmart Inc., Wal-Mart Stores East, Inc., Wal-Mart Stores East, LLC., Wal-Mart Stores East, LP., Wal-Mart Real Estate Business Trust, and Wal-Mart Properties, Inc., in an amount which will fully, fairly, and adequately compensate her for the severe and permanent personal injuries she suffered, for all past and future medical treatment, and all other damages recoverable under Indiana law, for costs of this action and for all other just and proper relief in the premises.

**Respectfully submitted,**

Alex Mendoza, 30766-49
Attorney for Plaintiff
**ALEX MENDOZA LAW, LLC**
6950 Indianapolis Blvd.,
Hammond, IN 46324
Telephone: 219-200-2000
Facsimile: 866-676-4550
E-Mail: info@alexmendozalaw.com

**PLAINTIFF'S REQUEST FOR TRIAL BY JURY**

**COMES NOW** the Plaintiff, by counsel, and respectfully requests that the Court set this matter for trial by a jury of her peers.

**Respectfully submitted,**

Alex Mendoza, 30766-49
Attorney for Plaintiff
**ALEX MENDOZA LAW, LLC**
6950 Indianapolis Blvd.,
Hammond, IN 46324
Telephone: 219-200-2000
Facsimile: 866-676-4550
E-Mail: info@alexmendozalaw.com