**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | |
|---|---|
| MARIA JANETTE TAPIA,<br>    Plaintiff,<br>v.<br>SAM'S REAL ESTATE BUSINESS TRUST, D/B/A SAM'S CLUB, SAM'S EAST, INC D/B/A SAM'S CLUB, WAL-MART STORES EAST, INC., WAL-MART STORES EAST, LP., WALK0MART STORES EAST, LP., WAL-MART REAL ESTATE BUSINESS TRUST, AND WAL-MART PROPERTIES, INC.<br><br>    Defendants. | Case No.: 2:26-cv-00016-AZ |

## CORPORATE DISCLOSURE STATEMENT OF SAM'S EAST, INC.

Defendant Sam's East, Inc., in compliance with the Federal Rules of Civil Procedure Rule 7.1 and General Order 2023-06, files this corporate disclosure statement.

1.    Sam's East, Inc. is a wholly-owned subsidiary of Sam's West, Inc of which no publicly held corporation owns more than 10%.

2.    Sam's East, Inc. is a wholly-owned subsidiary of Walmart Inc. of which no publicly held corporation owns more than 10%.

3.    Walmart Inc. is a publicly traded corporation, of which no publicly held corporation owns more than 10%.

4.    National Union Fire Insurance Company of Pittsburgh Ps. may be liable in whole or in part (directly or indirectly) for a judgment in the action or for the cost of defense.

The basis for federal jurisdiction and facts that Defendant asserts to establish federal jurisdiction are outlined in Defendant's Notice of Removal in Docket Entry 1.

Respectfully submitted,

JOHNSON & BELL, P.C.

By:    */s/ Edward W. Hearn*
        Edward W. Hearn, #18691-64
        Alejandra M. Guzman-Greavu, #36839-45
        11041 Broadway
        Crown Point, Indiana 46307
        Phone: (219)791-1900
        hearne@jbltd.com
        greavua@jbltd.com
        *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I certify that on January 16, 2026, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of Indiana, South Bend Division, using the CM/ECF system and that the foregoing document was served upon all counsel of record.

        */s/ Edward W. Hearn*
        Edward W. Hearn, #18691-64